generally applicable standards for the conduct of current employees.[8]

Justices Todd and Donohue join this concurring and dissenting opinion.

160 A.3d 253

**Joseph George BRIMMEIER, III, Appellant**

v.

**PENNSYLVANIA TURNPIKE COMMISSION, Appellee**

**No. 104 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: May 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of May, 2017, the order of the Commonwealth Court of Pennsylvania is hereby **AFFIRMED.**

Justice Wecht did not participate in the consideration or decision of this case.